UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-289-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DONALD GENE CARROLL, JR. | |

On motion of the defendant, Donald G. Carroll, Jr., and for good cause shown, it is hereby ORDERED that the **[DE #68]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  14th  day of August, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge